UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KESIENA DENNIS OBIENU | CIVIL ACTION |
| VERSUS | NO. 25-1028 |
| ARCHDIOCESE OF NEW ORLEANS, *et al.* | SECTION M (2) |

### ORDER

Before the Court is defendants' motion to stay discovery pending the resolution of their motion for summary judgment.[1] The motion is set for submission on December 11, 2025.[2] Local Rule 7.5 of the United States District Court for the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed no later than eight days before the noticed submission date, making the deadline in this instance December 3, 2025. Plaintiff, who is represented by counsel, did not file an opposition to the motion. Accordingly, because the motion is unopposed and appears to have merit,

IT IS ORDERED that defendants' motion to stay discovery pending the resolution of their motion for summary judgment (R. Doc. 30) is GRANTED, and all discovery is STAYED until this Court rules on defendants' pending motion for summary judgment (R. Doc. 28).

New Orleans, Louisiana, this 5th day of December, 2025.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 30 (citing R. Doc. 28).
[2] R. Doc. 30-2.